

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

**IN RE:**

**REBECCA MACIAS,**

**A CONTEMPT PROCEEDING ANCILLARY TO**

| | | |
|---|---|---|
| GERONIMO FRANCISCO RIVERA a/k/a GERONIMO FRANCISCO RIVERA-LOZOYA, | § § § | No. 08-19-00223-CR |
| Appellant, | § | Appeal from the |
| v. | § | 171st District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 2015D05113) |

**-- AND --**

| | | |
|---|---|---|
| TIMOTHY FONSECA, | § | No. 08-19-00227-CR |
| Appellant, | § | Appeal from the |
| v. | § | 243rd District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § § | (TC# 20180D02567) |

1

# **O R D E R**

On October 9, 2020, this Court held a show-cause contempt hearing to ascertain the status of certain past due reporter's records owed by Respondent Rebecca Macias in the above-captioned case. We continued the hearing to allow Macias to file the past due reporter's record in this case. Macias has since filed the past due reporter's record volumes.

Accordingly, we dismiss this contempt action against Macias in this cause number.

IT IS SO ORDERED this 28th day of December, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.